UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-34798 |
|---|---|
| GARY S WOOD | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4050557**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 10/ 4 | BANK OF NEW YORK/BARCLAYS CAP<br>DBA HOMEQ CASH CONTROL CA3358<br>4837 WATT AVENUE SUITE 200<br>NORTH HIGHLANDS, CA  95660 | 5,023.31 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/15/2010

Certificate of Service              08-34798

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

GARY S WOOD
2825 SOLDIERS HOME WEST
CAROLLTON RD
DAYTON, OH  45418

RICHARD P ARTHUR
1634 S SMITHVILLE RD
DAYTON, OH  45410

(37.1n)
ANDREW GOLDBERG
ROSICKI ROSICKI & ASSOCIATES
MAIN OFFICE 51 E BETHPAGE ROAD
PLAINVIEW, NY  11803

(4.3)
BANK OF NEW YORK
%ROSICKI ROSICKI & ASSOCIATES
51 EAST BETHPAGE ROAD
PLAINVIEW, NY  11803

(4.1)
BANK OF NEW YORK/BARCLAYS CAP
DBA HOMEQ CASH CONTROL CA3358
4837 WATT AVENUE SUITE 200
NORTH HIGHLANDS, CA  95660

(33.1n)
DENNIS A LIEBERMAN
ATTN EMERSON R KECK
318 W FOURTH STREET
DAYTON, OH  45402

(1008.1n)
DENNIS A LIEBERMAN
ON BEHALF OF CREDITOR OHIO DEPT TAX
318 W FOURTH ST
DAYTON, OH  45402

(1009.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(39.1n)
JEFFERSON CAPITAL SYSTEMS LLC
BOX 7999
SAINT CLOUD, MN  56302

(1012.1n)
US ATTORNEY GENERAL
MAIN JUSTICE BLDG RM 5111
10TH ST & CONSTITUTION AVE NW
WASHINGTON, DC  20530

(1013.1n)
US ATTORNEY GENERAL
602 FEDERAL BLDG
200 WEST SECOND ST
DAYTON, OH  45402

(1005.1n)
WELLS FARGO OH
BOX 7648
BOISE, ID  83707

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner              sv

0834798_42_20101215_1603_278/T317_sv
###