UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-34798 |
|---|---|
| GARY S WOOD | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4061591**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 3 | HOMEQ SERVICING<br>701 CORPORATE CENTER DRIVE<br>SUITE 300 NC4745<br>RALEIGH, NC  27607 | 830.50 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 2/28/2011

Certificate of Service    08-34798

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

| | | |
|---|---|---|
| GARY S WOOD<br>2825 SOLDIERS HOME WEST<br>CAROLLTON RD<br>DAYTON, OH 45418 | RICHARD P ARTHUR<br>1634 S SMITHVILLE RD<br>DAYTON, OH 45410 | (37.1n)<br>ANDREW GOLDBERG<br>ROSICKI ROSICKI & ASSOCIATES<br>OUTSOURCE MANAGEMENT<br>51 E BETHPAGE ROAD<br>PLAINVIEW, NY 11803 |
| (33.1n)<br>DENNIS A LIEBERMAN<br>ATTN EMERSON R KECK<br>318 W FOURTH STREET<br>DAYTON, OH 45402 | (1008.1n)<br>DENNIS A LIEBERMAN<br>ON BEHALF OF CREDITOR OHIO DEPT TAX<br>318 W FOURTH ST<br>DAYTON, OH 45402 | (1009.1n)<br>ECAST SETTLEMENT CORPORATION<br>BOX 35480<br>NEWARK, NJ 07193 |
| (3.1)<br>HOMEQ SERVICING<br>701 CORPORATE CENTER DRIVE<br>SUITE 300 NC4745<br>RALEIGH, NC 27607 | (3.4)<br>HOMEQ SERVICING CORP<br>BOX 13716<br>SACRAMENTO, CA 95853 | (39.1n)<br>JEFFERSON CAPITAL SYSTEMS LLC<br>BOX 7999<br>SAINT CLOUD, MN 56302 |
| (1012.1n)<br>US ATTORNEY GENERAL<br>MAIN JUSTICE BLDG RM 5111<br>10TH ST & CONSTITUTION AVE NW<br>WASHINGTON, DC 20530 | (1013.1n)<br>US ATTORNEY GENERAL<br>602 FEDERAL BLDG<br>200 WEST SECOND ST<br>DAYTON, OH 45402 | (1005.1n)<br>WELLS FARGO OH<br>BOX 7648<br>BOISE, ID 83707 |

Jeffrey M. Kellner BY    /s/ Jeffrey M. Kellner    sv